PER CURIAM.
No abuse of discretion has been demonstrated in the trial court’s award of $75,000 in attorney’s fees for the representation of the wife in the cause we considered in Smith v. Smith, 378 So.2d 11 (Fla.3d DCA 1979), cert. denied, 388 So.2d 1118 (Fla.1980). Canakaris v. Canakaris, 382 So.2d 1197 (Fla.1980); Posner v. Posner, 315 So.2d 175 (Fla.1975); Meltzer v. Meltzer, 400 So.2d 32 (Fla.3d DCA 1981); Adams v. Adams, 376 So.2d 1204 (Fla.3d DCA 1979), cert. denied, 388 So.2d 1109 (Fla.1980); Snider v. Snider, 375 So.2d 591 (Fla.3d DCA 1979), appeal dismissed, 385 So.2d 760 (Fla.1980).
Affirmed.